FILED
MAY 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1681-JAH |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana |
| ERIC RICO, | ) | (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 22, 2008, within the Southern District of California, defendant ERIC RICO, did knowingly and intentionally import approximately 1.16 kilograms (2.55 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
5/22/08