| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MATTHEW J. GARDNER |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7042/(619) 235-2757 (Fax) |
| | Email: matthew.gardner@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1681-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| | ) | |
| ERIC RICO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4 | association):

5 | <u>Name</u> (If none, enter "None" below)

6 | None

7 |

8 | Please call me if you have any questions about this notice.

9 | DATED: August 26, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Matthew J. Gardner
_____
MATTHEW J. GARDNER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: matthew.gardner@usdoj.gov

Notice of Appearance
United States v. Rico                    2                    08CR1681-JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1681-JAH |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| ERIC RICO, | ) |
| Defendant. | ) |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY CERTIFIED THAT:

I, MATTHEW GARDNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

George W. Hunt

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2008.

s/ Matthew J. Gardner
MATTHEW J. GARDNER

Notice of Appearance
United States v. Rico                    3                    08CR1681-JAH